UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYAISHA GEORGE,

    Plaintiff,

Civil Action No. 1:18-cv 10864

-against-

NANCY A. BERRYHILL, as
Acting Commissioner of Social Security,

    Defendant.

MOTION FOR LEAVE TO FILE
FOR IN FORMA PAUPERIS
STATUS PERSUANT TO 28 USC § 1915

    PLEASE TAKE NOTICE that upon the attached Application to Proceed in District Court without Prepaying Fees or Costs, AO 240, Plaintiff Nyaisha George requests that the Clerk of this Court charge no costs, fees, and expenses to Plaintiff pursuant to 28 USC § 1915.

1

Dated: December 6, 2018
Bronx, New York

THE LEGAL AID SOCIETY

By: _____
Violeta Arciniega, Esq.
260 E 161st St,
Bronx, NY 11201
(718) 579-8157
Fax: (646) 616-4071
Email: varciniega@legal-aid.org


Marshall Green, Esq.
Attorney-in-Charge
Carol Santangelo, Esq.
260 E. 161st Street
Bronx, N.Y. 10451
(718) 991-4600
Email:
MWGreen@legal-aid.org
CSantangelo@legal-aid.org

*Attorneys for Plaintiff*