UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYAISHA GEORGE,

                        Plaintiff,

               -v -

NANCY A BERRYHILL,

                      Defendant.

18-CV-10864 (JPO)

ORDER GRANTING IFP APPLICATION

J. PAUL OETKEN, District Judge:

    Leave to proceed in this Court without prepayment of fees (Dkt. No. 9) is authorized.

*See* 28 U.S.C. § 1915.

    The Clerk of Court is directed to close the motion at Docket Number 9.

    SO ORDERED.

Dated: December 10, 2018
          New York, New York

                                        J. PAUL OETKEN
                                 United States District Judge