# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

| | |
|---|---|
| Nyaisha George<br>*Plaintiff*<br>v.<br>Nancy A. Berryhill, Acting Commis. of Social Security<br>*Defendant* | )<br>)<br>) Case No. 1:18-cv-10864-JPO<br>)<br>) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nyaisha George.

Date:  01/07/2019

*Attorney's signature*

Carol Santangelo CS3289
*Printed name and bar number*
The Legal Aid Society
260 E. 161st Street, 8th Fl.
Bronx, NY 10452

*Address*

csantangelo@legal-aid.org
*E-mail address*

(646) 340-1912
*Telephone number*

(646) 616-4302
*FAX number*