GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant U.S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| NYAISHA GEORGE, : | **NOTICE OF APPEARANCE** |
| : | |
| Plaintiff, : | 18 Civ. 10864 (JPO) |
| : | |
| COMMISSIONER OF SOCIAL SECURITY, : | |
| : | |
| Defendant. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       The undersigned hereby appears on behalf of the defendant in the above-entitled action.

Dated:  New York, New York
        April 9, 2019

                      GEOFFREY S. BERMAN
                      United States Attorney for the
                      Southern District of New York
                      Attorney for the Defendant

      By:          s/
                      SUSAN C. BRANAGAN
                      Assistant United States Attorney
                      86 Chambers Street, 3rd floor
                      New York, New York 10007
                      Telephone: (212) 637-2804
                      Fax: (212) 637-2750
                      Susan.branagan@usdoj.gov

To:  Carol Santangelo, Esq.
     The Legal Aid Society
     260 E 161st St, 8th Floor
     Bronx, NY 10451

     Violeta Arciniega, Esq.
     The Legal Aid Society
     260 E 161st St, 8th Floor
     Bronx, NY 10451