UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NYAISHA GEORGE,

                  Plaintiff,

    -v-

NANCY A. BERRYHILL, ACTING
COMMISSIONER OF SOCIAL SECURITY,
                  Defendant.
-----------------------------------------------------------X

18 **CIVIL** 10864 (JPO)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 16, 2020, that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including updating the record with the assistance of Plaintiff's counsel and the opportunity for a hearing.

**Dated:** New York, New York
         January 17, 2020

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**
                      BY:
                                            **Deputy Clerk**